

Printed on: 6/26/2024

---

# SCHOOL LOCATION LETTER

---

**Date:** 06/26/2024

Dear Parent or Guardian of Henry Terence Toth

**Date of Birth:** 10/02/2007       **Local ID:** 224465203

The services recommended on the Individualized Education Program developed at the IEP meeting held on 03/14/2023 will be provided at:

| | |
|---|---|
| School: | Q752 at 29Q248:Queens Preparatory Academy |
| Address: | 143-10 SPRINGFIELD BOULEVARD QUEENS, NY 11413 |
| Telephone Number: | 718-558-2060 |

Please let us know that your child will be attending this school by contacting:

Name: Jennifer Lozano at Phone: 718-281-3461.

Address: 90-27 SUTPHIN BLVD    QUEENS NY 11435

You may visit the recommended placement site. Please contact the person named above for assistance in arranging this visit.