UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
JERRY GEZA TOTH on behalf of T.T. ,

                                      Plaintiff,

       -v-                                                  **ORDER**

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                      Defendant.
----------------------------------------------------------------------x

                         United States District Judge                    :

       Upon the affidavit and memorandum of Jerry Geza Toth sworn June 8, 2025, and upon the complaint attached thereto, it is ORDERED, that the above-named Defendant show cause before this Court at Room       , United States Courthouse , 225 Cadman Plaza East, Brooklyn, N.Y. 11201 on June    ,2025, at      , why an order should not be issued pursuant to Federal Rule of Civil Procedure 65 directing Defendant to provide pendency to Plaintiff based upon the educational program embodied in the Decision of IHO Edward Perkins Esq. Defendant shall file an opposition to Plaintiff s submission by June   , 2025 at 5:00 p.m. It is further ORDERED that a copy of this order, together with the papers upon which it is granted, be personally served upon Defendant or its attorney by email on or before June    ,2025 at 5:00 p.m. and that such service be deemed good and sufficient.

                                                         SO ORDERED:

                                                   United States District Judge

Dated: Brooklyn, New York
June    , 2025