# Pendency Implementation Form

*Please complete the form above the bold line. The DOE will review all submissions prior to implementation.*

| Student Name | OSIS Number | DPC Number |
|---|---|---|
| Henry Terence Toth | 224465203 | 295741 |

1. The basis for pendency is:

    ☐ IEP dated:

    ☒ Unappealed FOFD (case number and date): #284309 dated 4/2/2024

    ☐ Other (explain):

2. The pendency program consists of the following:

| Tuition | | |
|---|---|---|
| **School Name** | **10- or 12-Month Program** | **Other Notes** |
| Gersh | 12 | |

| Services | | | | |
|---|---|---|---|---|
| **Service or Item** | **Ratio and Frequency** | **10- or 12-Month Program** | **DOE or Private Provider** | **Private Provider Name and Rate** |
| SLT (only if such services are not provided to Student by Gersh and included in the cost of tuition) | 1x30 | 12 | | |
| Home-based ABA therapy | 20hrs/week;1:1 | 12 | | |
| | | | | |
| | | | | |
| | | | | |

Form submitted by: [name, date, relationship to student]

**For DOE use only:**

☒       The above program should be implemented as pendency.

Pendency starts on:

   ☒       The date the DPC was filed: 6/30/2025

   ☐       Other (explain):

Michael Heitz                               7/15/2025
_____          _____
DOE Reviewer                              Date

June 2023 version