## LAW OFFICE OF J. G. TOTH

Tel: 917-576-9318                                              43-32 Kissena Blvd, 15B

tothjerry1@gmail.com                                          Flushing, NY 11355

June 20, 2025

New York City Department of Education
c/o New York City Corporation Counsel
100 Church Street
New York, NY 10007

Re:  **TEN-DAY NOTICE OF UNILATERAL PLACEMENT**

Dear New York City Department of Education:

Pursuant to the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. § 1412(a)(10)(C), and applicable New York State Education Law, this letter serves as a ten-day notice of my intent to unilaterally place my child, Henry Terence Toth, NYCID: 224465203 at Gersh Academy, 307 Eagle Rd. West Hempstead, N.Y. a specialized school for students with autism, an appropriate educational placement. Student's date of birth: October 2, 2007, Student's address: 43-32 Kissena Blvd.15B, Flushing, N.Y.11355.

H. Terence Toth has been diagnosed with severe Autism Spectrum Disorder. The disability significantly impacts his educational needs. He can learn and progress only with 1:1 instruction.  Despite this, over the past 12 months the DOE failed to conduct an evaluation of Terence,  issued no Individualized Education Program (IEP), proposed no appropriate school placement or related services of 1:1 ABA therapy to address the student's unique needs. The school district's omissions have left my child without access to an appropriate education as required by law.  As a result, I have no choice but to secure an appropriate educational placement and services for Henry at Gersh Academy, which is equipped to meet his specific needs. This placement will commence ten (10) days from the date of this notice, on or about November 1, 2025. I intend to seek reimbursement from the DOE for the costs associated with this placement and any related services, as well as transportation, pursuant to IDEA and applicable regulations.

I am available to discuss this notice and to work toward a resolution that ensures my child's right to a free appropriate public education.

Sincerely,

*Jerry Toth*

Jerry Toth