## LAW OFFICE OF ANTON J. MIKOFSKY

236 West 26th St., Ste. 303, New York NY 10001

antonmikofsky@aol.com

Tel: 212 867 6735

July 9, 2025

Jaimini Vyas, Esq.
Assistant Corporation Counsel
New York City Law Department
100 Church Street, New York, New York 10007
Office: 212-356-2079

Good Afternoon Counselor:

**Re:   Stipulation to Pendency Order | Toth v DOE 25-cv-3317-NRM-TAM**

The DOE has not paid certain invoices for tuition and home tutoring. To maintain the student's current educational placement, the student urgently needs a pendency order.

The 4/2/2024 Order of IHO Edwin Perkins, Esq. in IHO case # 248309 is the last educational placement to which the parties agreed. (See copy annexed). Parents consent to the DOE's request for a 45 day extension provided the DOE at this time stipulates to the pendency the 4/2/2024 Order of IHO Perkins describes. in IHO case # 248309 (copy annexed). The order of 4/2/2024 is the last educational placement to which the parties agreed.

May I please hear from you? Thank you.

Best,

*/s/  Anton Mikofsky*

Anton Mikofsky, *Attorney for Parents*