# NYT Kids
## NEW YORK THERAPY
Placement Services, Inc.

REMIT TO:   500 BI-COUNTY BLVD
SUITE 450
FARMINGDALE, NY 11776

*PLEASE REMIT WITHIN 30 DAYS*

BILLING QUESTIONS? EMAIL: BILLING@NYTPS.COM

| Date | Invoice No. |
|---|---|
| 05/23/25 | 0824-TOTH-SETSS |
| | Case # 248309 |

**Bill To:**

DEPARTMENT OF EDUCATION
NPSP
65 COURT STREET
BROOKLYN,NY 11201

**Please remit to:**

**New York Therapy Placement**
299 Hallock Avenue
Pt. Jefferson Sta.,NY 11776

| Patient | Service Code | Therapist | Auth # | Dates of Service | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|
| TOTH, HENRY TERENCE | SETSS | LUSTIG, LORI | | 8/5, 8/6, 8/7, 8/14, 8/15, 8/16/2024 | 12 | $125.00 | $1,500.00 |
| TOTH, HENRY TERENCE | SETSS | MUSGRAVE, CANDIS | | 8/1, 8/2, 8/3, 8/5, 8/6, 8/7, 8/8, 8/9, 8/10, 8/12, 8/13, 8/14, 8/15, 8/16, 8/17/2024 | 36.5 | $125.00 | $4,562.50 |
| | | | | | **TOTAL** | | $6,062.50 |



**NYC** Department of Education

Impartial Hearing Order Implementation Unit
Division of Specialized Instruction and Student Support

## VENDOR MONTHLY SERVICE INVOICE FORM

### CASE INFORMATION

Case Number: 248309
Service Type: SET SS

Service Period: Month August  Year 2024
Service Location: Student's Home

Today's Date: Aug 16, 2024
Invoice Number: _____

### STUDENT INFORMATION

Name: HENRY TERENCE TOTH
Home Address: 43-32 KISSENA BLVD #15B  FLUSHING, NY 11355

Student ID/OSIS #: 224465203

### AGENCY/INDEPENDENT PROVIDER INFORMATION

Name: NEW YORK THERAPY PLACEMENT SERVICES, INC.
Address: 500 BI-COUNTY BLVD SUITE 450, FARMINGDALE, NY 11735
Email Address: THERAPYNYC@NYTPS.COM
Service Provider Name (FOR AGENCIES ONLY): LORI LUSTIG

TIN #/SSN #: 113139640
Telephone Number: ( 718 , 264 , 1640

| DATE OF SERVICE | START TIME | END TIME | NO. OF SESSION | DATE OF SERVICE | START TIME | END TIME | NO. OF SESSION | DATE OF SERVICE | START TIME | END TIME | NO. OF SESSION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/5/24 | 4:00 | 6:00 | 2 | | | | | | | | |
| 8/6/24 | 4:00 | 6:00 | 2 | | | | | | | | |
| 8/7/24 | 4:00 | 6:00 | 2 | | | | | | | | |
| 8/14/24 | 4:00 | 6:00 | 2 | | | | | | | | |
| 8/15/24 | 4:00 | 6:00 | 2 | | | | | | | | |
| 8/16/24 | 4:00 | 6:00 | 2 | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Mandated Session Length: 60 (e.g. 30/45/60 minutes)  Total Number of Sessions: 12  Rate Per Session: $125  Total Amount Due: $1500.00

I hereby certify that I have provided services on the dates for the duration indicated herein. I understand that when completed and filed, this form becomes a record of the NYC Department of Education (DOE) and is relied upon by the DOE to make payment and any material misrepresentation may subject me to criminal, civil, and/or administrative action.

Provider Full Name (please print): Lori Lustig
Provider Signature: Lori Lustig
Date: Aug 16, 2024

By my signature, I acknowledge that I have reviewed this billing form and that, to the best of my knowledge, these sessions were provided as indicated.

**FOR SERVICES PROVIDED AT HOME/AGENCY:**

Parent Full Name (please print): Jerry Toth
Parent Signature: Jerry Toth
Date: 08/16/2024

**FOR SERVICES PROVIDED AT SCHOOL:**

Principal Full Name (please print): _____
Principal Signature: _____
Date: _____

Submit original invoices to:     New York City Department of Education
Impartial Hearing Order Implementation Unit
65 Court Street – Room 1503
Brooklyn, New York 11201

PLEASE NOTE: FAILURE TO COMPLETE ALL FIELDS MAY RESULT IN THE DELAY OF PAYMENT.     Revised: 9/19/2019



**Impartial Hearing Order Implementation Unit**
**Division of Specialized Instruction and Student Support**

## VENDOR MONTHLY SERVICE INVOICE FORM

### CASE INFORMATION

Case Number: 248309    Service Period: Month August Year 2024    Today's Date: 8/17/24

Service Type: SE TSS    Service Location: Home / Teletherapy    Invoice Number: _____

### STUDENT INFORMATION

Name: Terena Toth    Student ID/OSIS #: 2246520 3

Home Address: 43 - 32 Kissena Blvd Apt 15 B

### AGENCY/INDEPENDENT PROVIDER INFORMATION

Name: NEW YORK THERAPY PLACEMENT SERVICES, INC.    TIN #/SSN #: _____

Address: 500 BI-COUNTY BLVD SUITE 450, FARMINGDALE, NY 11735

Email Address: THERAPYNYC@NYTPS.ORG    Telephone Number: (718) 264 - 1640

Service Provider Name (FOR AGENCIES ONLY): Candis Musgrave

| DATE OF SERVICE | START TIME | END TIME | NO. OF SESSSION | DATE OF SERVICE | START TIME | END TIME | NO. OF SESSION | DATE OF SERVICE | START TIME | END TIME | NO. OF SESSION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8-1-24 | 6:00 pm | 9:00 pm | 3 | 8-13-24 | 6:30 pm | 9:00 pm | 2.5 | | | | |
| 8-2-24 | 7:30 pm | 9:00 pm | 1.5 | 8-14-24 | 7:30 pm | 9:00 pm | 1.5 | | | | |
| 8-3-24 | 12:30 pm | 4:30 pm | 4 | 8-15-24 | 6:00 pm | 9:00 pm | 3 | | | | |
| 8-5-24 | 7:30 pm | 9:00 pm | 1.5 | 8-16-24 | 7:30 pm | 9:00 pm | 1.5 | | | | |
| 8-6-24 | 6:30 pm | 9:00 pm | 2.5 | 8-17-24 | 12:45 pm | 4:45 pm | 4 | | | | |
| 8-7-24 | 7:30 pm | 9:00 pm | 1.5 | | | | | | | | |
| 8-8-24 | 6:00 pm | 9:00 pm | 3 | | | | | | | | |
| 8-9-24 | 7:30 pm | 9:00 pm | 1.5 | | | | | | | | |
| 8-10-24 | 12:30 pm | 4:30 pm | 4 | | | | | | | | |
| 8-12-24 | 7:30 pm | 9:00 pm | 1.5 | | | | | | | | |

Mandated Session Length: 60 Total Number of Sessions: 36.5 Rate Per Session: $ 125 Total Amount Due: $ 4562.50
(e.g. 30/45/60 minutes)

I hereby certify that I have provided services on the dates for the duration indicated herein. I understand that when completed and filed, this form becomes a record of the NYC Department of Education (DOE) and is relied upon by the DOE to make payment and any material misrepresentation may subject me to criminal, civil, and/or administrative action.

Provider Full Name (please print): Candis Musgrave

Provider Signature: _____    Date: 8/17/24

By my signature, I acknowledge that I have reviewed this billing form and that, to the best of my knowledge, these sessions were provided as indicated.

### FOR SERVICES PROVIDED AT HOME/AGENCY:

Parent Full Name (please print): _____

Parent Signature: _____

Date: _____

### FOR SERVICES PROVIDED AT SCHOOL:

Principal Full Name (please print): _____

Principal Signature: _____

Date: _____

Submit original invoices to:    New York City Department of Education
Impartial Hearing Order Implementation Unit
65 Court Street – Room 1503
Brooklyn, New York 11201

PLEASE NOTE: FAILURE TO COMPLETE ALL FIELDS MAY RESULT IN THE DELAY OF PAYMENT.    Revised: 9/19/2019

## Fwd: TT August 2024

C M <cjmcent@gmail.com>
Sat 8/17/2024 7:17 PM
To:Rosella Abbate <rosella.abbate@nytps.com>

---------- Forwarded message ---------
From: **Mira Toth** <mira.toth@gmail.com>
Date: Sat, Aug 17, 2024 at 6:09 PM
Subject: Re: TT August 2024
To: C M <cjmcent@gmail.com>

Confirmed!
timesheet to follow

On Sat, Aug 17, 2024 at 4:48 PM C M <cjmcent@gmail.com> wrote:

> 📄 TT August 24 billing.pdf

Good afternoon!
Please email back to confirm services provided for August 1-17, 2024.

Dates and times

8-1-24 6:00 pm- 9:00 pm
8-2-24 7:30 pm-9:00 pm
8-3-24  12:30 pm - 4:30 pm
8-5-24 7:30 pm- 9:00 pm
8-6-24  6:30 pm- 9:00 pm
8-7-24  7:30 pm- 9:00 pm
8-8-24 6:00 pm- 9:00 pm
8-9-24 7:30 pm- 9:00 pm
8-10-24 12:30 pm- 4:30 pm
8-12-24 7:30 pm- 9:00 pm
8-13-24  6:30 pm- 9:00 pm
8-14-24 7:30 pm- 9:00 pm
8-15-24 6:00 pm- 9:00 pm
8-16-24 7:30 pm- 9:00 pm
8-17-24 12:45 pm- 4:45 pm

Thanks!
Candis Musgrave

--

MIra Toth

43-32 Kissena Blvd. 15B1

Flushing, N.Y. 11355

Mobil: (917) 502 5308

e-mail: Mira.Toth@gmail.com

This electronic message may contain information that is confidential and/or legally privileged. It intended only for the use of the individual(s) and entity names as recipients in the message. If you are not an intended recipient of this message, please notify the sender immediately and delete the material from any computer. Do not deliver, distribute, or copy this message, and do not disclose its contents or take any action in reliance on the information it contains. Thank you.