REMIT TO:     500 BI-COUNTY BLVD
              SUITE 450
              FARMINGDALE, NY 11776

*PLEASE REMIT WITHIN 30 DAYS*

BILLING QUESTIONS? EMAIL: BILLING@NYTPS.COM

| Date | Invoice No. |
|---|---|
| 05/23/25 | 0724-TOTH-SETSS<br>Case # 248309 |

**Bill To:**

DEPARTMENT OF EDUCATION
NPSP
65 COURT STREET
BROOKLYN,NY  11201

**Please remit to:**

**New York Therapy Placement**
299 Hallock Avenue
Pt. Jefferson Sta.,NY  11776

| Patient | Service Code | Therapist | Auth # | Dates of Service | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|
| TOTH, HENRY TERENCE | SETSS | LUSTIG, LORI | | 7/8, 7/9, 7/12, 7/15, 7/17, 7/19, 7/22, 7/23, 7/25/2024 | 18 | $125.00 | $2,250.00 |
| TOTH, HENRY TERENCE | SETSS | MUSGRAVE, CANDIS | | 7/8, 7/9, 7/10, 7/11, 7/12, 7/13, 7/15, 7/16, 7/17, 7/18, 7/19, 7/20, 7/22, 7/23, 7/24, 7/25, 7/26, 7/27, 7/29, 7/30, 7/31/2024 | 47.5 | $125.00 | $5,937.50 |
| | | | | | **TOTAL** | | $8,187.50 |



**NYC** Department of Education

Impartial Hearing Order Implementation Unit
Division of Specialized Instruction and Student Support

## VENDOR MONTHLY SERVICE INVOICE FORM

### CASE INFORMATION

Case Number: 248309    Service Period: Month July Year 2024    Today's Date: Aug. 16, 2024

Service Type: SETSS    Service Location: students Hm    Invoice Number: _____

### STUDENT INFORMATION

Name: HENRY TERENCE TOTH    Student ID OSIS #: 224465203

Home Address: 43-32 KISSENA BLVD #15B  FLUSHING, NY 11355

### AGENCY/INDEPENDENT PROVIDER INFORMATION

Name: NEW YORK THERAPY PLACEMENT SERVICES, INC.    TIN #/SSN #: 113139640

Address: 500 BI-COUNTY BLVD SUITE 450, FARMINGDALE, NY 11735

Email Address: THERAPYNYC@NYTPS.COM    Telephone Number: ( 718 ) 264 - 1640

Service Provider Name (FOR AGENCIES ONLY): LORI LUSTIG

| DATE OF SERVICE | START TIME | END TIME | NO. OF SESSSION | DATE OF SERVICE | START TIME | END TIME | NO. OF SESSION | DATE OF SERVICE | START TIME | END TIME | NO. OF SESSION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/8/24 | 10:00 | 12:00 | 2 | | | | | | | | |
| 7/9/24 | 10:00 | 12:00 | 2 | | | | | | | | |
| 7/12/24 | 10:00 | 12:00 | 2 | | | | | | | | |
| 7/15/24 | 4:30 | 6:30 | 2 | | | | | | | | |
| 7/17/24 | 4:30 | 6:30 | 2 | | | | | | | | |
| 7/19/24 | 4:00 | 6:00 | 2 | | | | | | | | |
| 7/22/24 | 4:30 | 6:30 | 2 | | | | | | | | |
| 7/23/24 | 4:30 | 6:30 | 2 | | | | | | | | |
| 7/25/24 | 4:00 | 6:00 | 2 | | | | | | | | |

Mandated Session Length: 60    Total Number of Sessions: 18    Rate Per Session: $125    Total Amount Due: 2250.00
(e.g. 30/45/60 minutes)

I hereby certify that I have provided services on the dates for the duration indicated herein. I understand that when completed and filed, this form becomes a record of the NYC Department of Education (DOE) and is relied upon by the DOE to make payment and any material misrepresentation may subject me to criminal, civil, and/or administrative action.

Provider Full Name (please print): Lori Lustig

Provider Signature: Lori Lustig    Date: Aug. 16, 2024

By my signature, I acknowledge that I have reviewed this billing form and that, to the best of my knowledge, these sessions were provided as indicated.

**FOR SERVICES PROVIDED AT HOME/AGENCY:**    **FOR SERVICES PROVIDED AT SCHOOL:**

Parent Full Name (please print): Jerry Toth    Principal Full Name (please print): _____

Parent Signature: Geri Toth    Principal Signature: _____

Date: 08/16/2024    Date: _____

Submit original invoices to:    New York City Department of Education
Impartial Hearing Order Implementation Unit
65 Court Street – Room J503
Brooklyn, New York 11201

PLEASE NOTE: FAILURE TO COMPLETE ALL FIELDS MAY RESULT IN THE DELAY OF PAYMENT.    Revised: 9/19/2019



**NYC Department of Education**

Impartial Hearing Order Implementation Unit
Division of Specialized Instruction and Student Support

## VENDOR MONTHLY SERVICE INVOICE FORM

### CASE INFORMATION

Case Number: 248309

Service Type: SETSS

Service Period: Month July  Year 2024

Service Location: Home / Teletherapy

Today's Date: 7-31-24

Invoice Number: _____

### STUDENT INFORMATION

Name: Terance Toth

Student ID/OSIS #: 22465203

Home Address: 43-32 Kissena Blvd Apt 15B

### AGENCY/INDEPENDENT PROVIDER INFORMATION

Name: NEW YORK THERAPY PLACEMENT SERVICES, INC.

TIN #/SSN #: 1131396040

Address: 500 BI-COUNTY BLVD SUITE 450, FARMINGDALE, NY 11735

Email Address: THERAPYNYC@NYTPS.ORG

Telephone Number: (718) 284 - 1640

Service Provider Name (FOR AGENCIES ONLY): Candis Musgrave

| DATE OF SERVICE | START TIME | END TIME | NO. OF SESSSION | DATE OF SERVICE | START TIME | END TIME | NO. OF SESSION | DATE OF SERVICE | START TIME | END TIME | NO. OF SESSION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7-8-24 | 7:30 pm | 9:00 pm | 1.5 | 7-19-24 | 7:30 pm | 9:00 pm | 1.5 | 7-31-24 | 7:30 pm | 9:00 pm | 1.5 |
| 7-9-24 | 6:30 pm | 9:00 pm | 2.5 | 7-20-24 | 12:30 | 4:30 pm | 4 | | | | |
| 7-10-24 | 7:30 pm | 9:00 pm | 1.5 | 7-22-24 | 7:30 pm | 9:00 pm | 1.5 | | | | |
| 7-11-24 | 6:00 pm | 9:00 pm | 3 | 7-23-24 | 6:30 pm | 9:00 pm | 2.5 | | | | |
| 7-12-24 | 7:30 pm | 9:00 pm | 1.5 | 7-24-24 | 7:30 pm | 9:00 pm | 1.5 | | | | |
| 7-13-24 | 12:30 pm | 4:30 pm | 4 | 7-25-24 | 6:00 pm | 9:00 pm | 3 | | | | |
| 7-15-24 | 7:30 pm | 9:00 pm | 1.5 | 7-26-24 | 7:30 pm | 9:00 pm | 1.5 | | | | |
| 7-16-24 | 6:30 pm | 9:00 pm | 2.5 | 7-27-24 | 12:30 pm | 4:30 pm | 4 | | | | |
| 7-17-24 | 7:30 pm | 9:00 pm | 1.5 | 7-29-24 | 7:30 pm | 9:00 pm | 1.5 | | | | |
| 7-18-24 | 6:00 pm | 9:00 pm | 3 | 7-30-24 | 6:30 pm | 9:00 pm | 2.5 | | | | |

Mandated Session Length: 60 (e.g. 30/45/60 minutes)  Total Number of Sessions: 44.5  Rate Per Session: $ 125  Total Amount Due: $ 5832.50

I hereby certify that I have provided services on the dates for the duration indicated herein. I understand that when completed and filed, this form becomes a record of the NYC Department of Education (DOE) and is relied upon by the DOE to make payment and any material misrepresentation may subject me to criminal, civil, and/or administrative action.

Provider Full Name (please print): Candis Musgrave

Provider Signature: _____  Date: 7/31/24

By my signature, I acknowledge that I have reviewed this billing form and that, to the best of my knowledge, these sessions were provided as indicated.

**FOR SERVICES PROVIDED AT HOME/AGENCY:**

Parent Full Name (please print): MIRA TOTH

Parent Signature: Mira Toth

Date: 07/31/2024

**FOR SERVICES PROVIDED AT SCHOOL:**

Principal Full Name (please print): _____

Principal Signature: _____

Date: _____

Submit original invoices to:
New York City Department of Education
Impartial Hearing Order Implementation Unit
65 Court Street – Room 1503
Brooklyn, New York 11201

PLEASE NOTE: FAILURE TO COMPLETE ALL FIELDS MAY RESULT IN THE DELAY OF PAYMENT.    Revised: 9/19/2019

## Fwd: TT July 24 end of month confirmation

C M <cjmcent@gmail.com>
Sun 8/4/2024 1:17 PM
To:Rosella Abbate <rosella.abbate@nytps.com>

Here is the confirmation for July end of month for Terence .

Thanks!

---------- Forwarded message ---------
From: **C M** <cjmcent@gmail.com>
Date: Sun, Aug 4, 2024 at 12:35 PM
Subject: TT July 24 end of month confirmation
To: Mira Toth <Mira.toth@gmail.com>


Good Afternoon!
Please email to confirm services provided for Terence from July 16-31, 2024. See dates and times below.


Dates and Times
7-8-24  7:30 pm- 9:00 pm
7-9-24  6:30 pm- 9:00 pm
7-10-24 7:30 pm- 9:00 pm
7-11-24 6:00 pn-9:00 pm
7-12-24  7:30 pm- 9:00 pm
7-13-24  12:30 pm-4:30 pm
7-15-24  7:30 pm-9:00 pm
7-16-24 6:30 pm-9:00 pm
7-17-24  7:30 pm- 9:00 pm
7-18-24  6:00 pm- 9:00 pm
7-19-24 7:30 pm- 9:00 pm
7-20-24 12:30 pm-4:30 pm
7-22-24  7:30 pm- 9:00 pm
7-23-24  6:30 pm-9:00 pm
7-24-24  7:30 pm-9:00 pm
7-25-24  6:00pm- 9:00 pm
7-26-24  7:30 pm- 9:00 pm
7-27-24 12:30pm- 4:30pm
7-29-24 7:30 pm-9:00 pm
7-30-24  6:30 pm- 9:00 pm
7-31-24 7:30 pm-9:00 pm

📄 TT July 24 end of month .pdf


Thanks!
Candis