

**GERSH**
ACADEMY

<u>**AFFIDAVIT**</u>

Date: March 20, 2025

Re: Henry Terence Toth
STUDENT I.D. NUMBER – 224-465-203

I, <u>Ryan Rogawski,</u> being duly sworn states:

1. I am employed by Gersh Management Services Inc. (a company that provides accounting services for Gersh Academy, Inc). Gersh Academy, Inc. is a private school not approved by the New York State Education Department for the provision of the special education services.

2. My current position is Controller.

3. I am familiar with the tuition paid by Jerry Toth, the parent(s)/guardian(s) of Henry Terence Toth relative to the student's attendance at the school. The 6-week Summer 2024 session is from July 15, 2024 to August 23, 2024. The 2024/2025 School Year is from September 5, 2024 to June 27, 2025.

4. Henry Terence Toth is enrolled in the Summer 2024 session for 6 weeks. Henry Terence Toth is enrolled in the 2024/2025 School Year beginning September 5, 2024.

5. The total contracted annual tuition rate, including related services and any award of scholarship, financial aid or any reduced tuition amount is $29,169.00 for the Summer 2024 and $146,337.00 for the 2024/2025 School Year.

6. The following payments have been made:

| Date of Payment | Payer | Form of Payment | Tuition Amount Paid |
|---|---|---|---|
| 06/20/2024 | Jerry G. Toth | Credit Card – AmEx*2013 | $100.00 |
| 02/10/2025 | DOE – City of New York | EFT 20250333365 | $73,702.61 |
| 02/12/2025 | DOE – City of New York | EFT 20250337034 | $73,168.50 |
| | | **Amount Received** | **$146,971.11** |
| | | **Balance Due** | **$28,534.89** |

*Ryan Rogawski*
Ryan Rogawski, Controller for Gersh Management Services, Inc.

Sworn before me this

20<sup>t</sup> day of March 2025

*Ann Diamond*

Notary Public

> SUSAN DIAMOND
> NOTARY PUBLIC, STATE OF NEW ..RK
> Registration No. 01DI6401847
> Qualified in Suffolk County
> Commission Expires December 16, 2027

21 Sweet Hollow Road, Huntington, NY 11743 631.385.3342   Fax 631.427.6332
www.gershacademy.org