**PowerSchool SIS**

 **HT**

**Toth, Henry Terence**

Student Number: 10302   Grade: 10   Home School: GANY

**Summer Gersh Academy - West Hempstead**     **24-25 Year**

## Attendance Overview

Meeting | Daily

| | 7/1-7/5 | | | | | 7/8-7/12 | | | | | 7/15-7/19 | | | | | 7/22-7/26 | | | | | 7/29-8/2 | | | | | 8/5-8/9 | | | | | 8/12-8/16 | | | | | 8/19-8/23 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| - | - | - | - | - | - | - | - | - | - | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 0 A | 0 A | 0 A | 0 A | 0 A | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P |

### Legend

**Attendance Codes:** =Present | P=Present on time | PL=Present Late | EA=Excused Absence | A=Absent | ML=Medical Leave | NB=No Bus | HI=Home Instruction | SB=Spring Break - DO NOT USE | CW=Closed Weather - DO NOT USE | WR=Winter Recess - DO NOT USE |