**PowerSchool SIS**

 **Toth, Henry Terence**
Student Number: 10302   Grade: 11

**Gersh Academy - West Hempstead**    **24-25 Year**

## Attendance Overview

Change History

Meeting | Daily

| | 7/1-7/5 | | | | | 7/8-7/12 | | | | | 7/15-7/19 | | | | | 7/22-7/26 | | | | | 7/29-8/2 | | | | | 8/5-8/9 | | | | | 8/12-8/16 | | | | | 8/19-8/23 | | | | | 8/26-8/30 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

| | 9/2-9/6 | | | | | 9/9-9/13 | | | | | 9/16-9/20 | | | | | 9/23-9/27 | | | | | 9/30-10/4 | | | | | 10/7-10/11 | | | | | 10/14-10/18 | | | | | 10/21-10/25 | | | | | 10/28-11/1 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| - | - | - | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | - | - | 415 P | 415 P | 415 P | 415 P | 415 P | - | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P |

| | 11/4-11/8 | | | | | 11/11-11/15 | | | | | 11/18-11/22 | | | | | 11/25-11/29 | | | | | 12/2-12/6 | | | | | 12/9-12/13 | | | | | 12/16-12/20 | | | | | 12/23-12/27 | | | | | 12/30-1/3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| 415 P | - | 415 P | 415 P | 415 P | - | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | - | - | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | - | - | - | - | - | | | | 415 P | 415 P |

| | 1/6-1/10 | | | | | 1/13-1/17 | | | | | 1/20-1/24 | | | | | 1/27-1/31 | | | | | 2/3-2/7 | | | | | 2/10-2/14 | | | | | 2/17-2/21 | | | | | 2/24-2/28 | | | | | 3/3-3/7 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | - | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 HI | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | - | - | - | - | - | 415 P | 415 P | 415 P | 415 P | 415 P |

| | 3/10-3/14 | | | | | 3/17-3/21 | | | | | 3/24-3/28 | | | | | 3/31-4/4 | | | | | 4/7-4/11 | | | | | 4/14-4/18 | | | | | 4/21-4/25 | | | | | 4/28-5/2 | | | | | 5/5-5/9 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | - | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | - | - | - | - | - | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P |

| | 5/12-5/16 | | | | | 5/19-5/23 | | | | | 5/26-5/30 | | | | | 6/2-6/6 | | | | | 6/9-6/13 | | | | | 6/16-6/20 | | | | | 6/23-6/27 | | | | | 6/30-7/4 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F | M | T | W | H | F |
| 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | 415 P | - | | | | | | | | | | | | | | | | | | - | | | | | | | - | - | - | - | - | | | | | |

---

**Legend**

**Attendance Codes:**  =Present | P=Present on time | PL=Present Late | EA=Excused Absence | A=Absent | ML=Medical Leave | NB=No Bus | HI=Home Instruction | SB=Spring Break - DO NOT USE | CW=Closed Weather - DO NOT USE | WR=Winter Recess - DO NOT USE |