Gmail

**Jerry Toth <tothjerry1@gmail.com>**

## Reminder - Impartial Hearing Order (Authorization Outreach) - 295741

**Service Desk** <servicedesk@comms.schools.nyc.gov>
Reply-To: Service Desk <servicedesk@comms.schools.nyc.gov>
To: tothjerry1@gmail.com

Wed, Jul 23, 2025 at 8:01 AM

[This is an automated reminder]

The Implementation Unit Outreach Team is contacting you regarding the action item listed below. We request your prompt response to ensure implementation. For your convenience, we have created this ticket so you may submit your information and supporting documents to start the required authorization process.

**Case Number:** 295741
**Action Item Type:** Prospective Payment - Services Authorizations
**Ticket Number:** RITM0356504
**Student Name:** HENRY TERENCE TOTH
**NYCID number (OSIS #):** 224465203
**Action Item Detail:** Per the Pendency Form, the DOE shall fund the student&#39;s receipt of Home-based ABA Therapy 20 hours per week (1:1) on a 12-month basis. Pendency is effective 6/30/2025 until the conclusion of the case.
**Description:**

You can view all the details and provide the required information by following the link: NYC Public Schools SupportHub Page

Once you have submitted the required information and documents, it will be sent to the Implementation Unit for processing. The Implementation Unit staff will follow up with you if additional information is required. Thank you for your cooperation.

You can also click here to access the dashboard to manage all your tickets.


Please note that business hours for the NYCPS Impartial Hearing Order Implementation Unit (IU) Service Desk are Monday to Friday(9 AM to 5 PM EST)


For Questions, Information, or FAQs, click here.


Sincerely,

Implementation Unit Outreach Team



Copyright (C) 2025 The New York City Public Schools


Unsubscribe | Notification Preferences