

Jerry Toth <tothjerry1@gmail.com>

## Henry Terence Toth (224465203) School Location Letter

**Michael Ceko** <MCeko@schools.nyc.gov>                Thu, Jun 26, 2025 at 10:43 AM
To: "tothjerry1@gmail.com" <tothjerry1@gmail.com>, "mira.toth@gmail.com" <mira.toth@gmail.com>
Cc: Cse3 <Cse3@schools.nyc.gov>

Good Day,
Hope all is well with you.  Please see attached school location letter for Henry Terence Toth.  Please reach out to the school regarding registration and next steps.  Your assigned school is as follows:

New Assigned School: 75Q177:P.S. Q177
School Address: 56-37 188 STREET, QUEENS, NY 11365
Telephone#: 929-483-3050

If you should require our assistance reaching out to the school, please let me know so I can support.
Thank you!

M. Ceko
CSE 3

📄 **School Assignment Form for Henry Terence Toth (224465203).pdf**
120K