Case 1:25-cv-03317-NRM-TAM     Document 16-3    Filed 08/14/25    Page 1 of 2 PageID #: 149

 **Gmail**

Jerry Toth <tothjerry1@gmail.com>

---

## TOTH, HENRY TERENCE - pendency issues

---

**Jerry Toth** <tothjerry1@gmail.com>          Tue, Jul 15, 2025 at 3:07 PM
To: Michael Heitz <MHeitz@schools.nyc.gov>

Dear Attorney Heitz:

Thank you very much for the pendency form effective 6/30/2025.

Please see the annexed invoices for tuition and home tutoring in July, August 2024.

In case # 248309, IHO Edward Perkins ordered the operative pendency placement. Following the Decision of 4/2/2024, there has been no final order.

In DOE payments administration, my assigned contact Mr. John Panicali at 718 724 3006 , jpanicali@schools.nyc.gov , explained, without a written pendency order, the DOE's payment administrators lack authorization to pay invoices.

To clear up unpaid tuition and tutoring services, may you please supply input for the DOE to pay the unpaid tuition and services?

Best personal regards,

Jerry Toth, *Attorney for Henry Terence Toth*

On Tue, Jul 15, 2025 at 1:57 PM Michael Heitz <MHeitz@schools.nyc.gov> wrote:

> Good afternoon,
>
> Please process the attached pendency form.
>
> Thank you,
>
> **Michael P. Heitz**
>
> Consultant Impartial Hearing Representative
>
> Special Education Unit
>
> Office of the General Counsel
>
> **NYC** Department of Education
>
> *************************************************************

*NOTE: The information in this e-mail message and any attachments thereto have been sent by an attorney or his/her agent, and is or are intended to be confidential and for the use of only the individual or entity named above. The information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message and any attachments thereto is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this e-mail message and any attachments is strictly prohibited. Please delete any and all copies received in error.  Although this e-mail message (and any attachments) is believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, the intended recipient is responsible to ensure that it is virus free.*

\--
Law Office of J. G. Toth
43-32 Kissena Blvd. 15B
Flushing, N.Y. 11355
telephone (917) 576 9318

---

**5 attachments**

 **0724-TOTH-SETSS (2).pdf**
342K

**Toth Henry Terence Affidavit 24-25 3.20.25 (1).pdf**
508K

**Toth Henry Terence Attendance 24-25 8.23.24 ( smmr) (1).pdf**
139K

**Toth Henry Terence Attendance 24-25 10 month 5.23.24 (1).pdf**
197K

**DECISION 248309.pdf**
219K