**Gmail**

Jerry Toth <tothjerry1@gmail.com>

## TOTH, HENRY TERENCE - pendency issues

**Michael Heitz** <MHeitz@schools.nyc.gov>                                 Tue, Jul 15, 2025 at 3:17 PM
To: Jerry Toth <tothjerry1@gmail.com>

Hi Mr. Toth,

Sorry that's handled by a separate department.  However, once this form gets processed and appears on the docket you should be able to secure payment from the implementation unit.

Thanks so much,

[Quoted text hidden]