

Jerry Toth <tothjerry1@gmail.com>

## Case # 248309 Henry Terence Toth 224465203

**Je**                                                                 Mon, Aug 4, 2025 at 5:37 PM
To: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Cc: IUAuthorization <IUAuthorization@schools.nyc.gov>
Bcc: Michelle Lampert <mlampert@gershacademy.org>, Anton Mikofsky <antonmikofsky@aol.com>, Mira Toth <mira.toth@gmail.com>

Dear Mr. ▇▇▇▇▇▇

May you please advise if the DOE authorizes Gersh Academy tuition payment for the period from 7/1/2024 to 8/23/2024?

In case 248309, the IHO's Decision of 4/2/2024 ordered payment of the tuition at Gersh Academy.  A new development, the DOE's accompanying Pendency Implementation Form, references that Order in IHO case #248309.

For the period from 7/1/2024 to 6/30/2025, there has been no final order.   IHO case #284080 covered the 2024-2025 academic year.    By SRO No. 25-268, the parents appealed the Decision in IHO case # 284080.

The DOE has paid all tuition before and after the period from 7/1/2024 to 8/23/2024.  Tuition remains unpaid only for that gap between the 2023-2024 school year and the filing of case #284080 for the 2024-2025 school year.

Please advise if the DOE authorizes payments for the time period from 7/1/2024 to 8/23/2024.  Thank you.

Best,  Jerry Toth,  *Attorney for Terence Toth*

P.S.  Parents follow up the following message:

"NOT YET AUTHORIZED CASES: If you have not received an authorization email for the period in which you are seeking payment for services rendered, the parent's counsel/advocate should email the account specialist assigned their caseload in our office regarding the outstanding case…  When the parent's representative emails their assigned account specialist, they should cc: IUAuthorization@schools.nyc.gov.

--
Law Office of J. G. Toth
43-32 Kissena Blvd. 15B
Flushing, N.Y. 11355
telephone (917) 576 9318

**4 attachments**

 **Pendency Implementation Form.pdf**
242K

**Toth Henry Terence Affidavit 24-25 3.20.25 (1).pdf**
508K

**Toth Henry Terence Attendance 24-25 8.23.24 ( smmr) (1).pdf**
139K

Case 1:25-cv-03317-NRM-TAM    Document 16-6    Filed 08/14/25    Page 2 of 2 PageID #: 156

Gmail - Case #248309 Henry Terence Toth 254465203

**Toth Henry Terence Attendance 24-25 10 month 5.23.24 (1).pdf**
197K