**Case 1:25-cv-03317-NRM-TAM　　Document 17-1　　Filed 08/25/25　　Page 1 of 1 PageID #: 161**

 **Gmail**

**Jerry Toth <tothjerry1@gmail.com>**

## Toth vs. NYC Dep't of Educ.

**Vyas, Jaimini (LAW)** <JVyas@law.nyc.gov>　　　　　　　　　　　　　　Thu, Aug 21, 2025 at 8:43 PM
To: Anton Mikofsky <antonmikofsky@aol.com>
Cc: Jerry Toth <tothjerry1@gmail.com>

Received and rejected.

Best,

Jaimini Vyas

Assistant Corporation Counsel

General Litigation Division

New York City Law Department

100 Church Street

New York, New York 10007

Office: 212-356-2079

<sent from a mobile phone>

**From:** Anton Mikofsky <antonmikofsky@aol.com>
**Sent:** Thursday, August 21, 2025 2:37:47 PM
**To:** Vyas, Jaimini (LAW) <JVyas@law.nyc.gov>
**Cc:** Jerry Toth <tothjerry1@gmail.com>
**Subject:** [EXTERNAL] Toth vs. NYC Dep't of Educ.

**CAUTION! EXTERNAL SENDER.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. If **suspicious**, report this email by hitting the **Phish Alert Button**. If the button is unavailable or you are on a mobile device, forward as an attachment to phish@oti.nyc.gov.

[Quoted text hidden]