**LAW OFFICE OF ANTON J. MIKOFSKY**

236 West 26th St., Ste. 303, New York, NY 10001

antonmikofsky@aol.com | Tel: 212-867-6735

September 18, 2025

Hon. Nina R. Morrison
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 6E North
Brooklyn, New York 11201

> **Re: Toth v. New York City Dep't of Educ., Case No. 25-cv-3317 (NRM) (TAM)**
> **Plaintiff's Response to Court Directive to Offer Motion Briefing Schedule**

Dear Judge Morrison:

After service of the Complaint, Defendant enjoyed nearly four months to answer or to move to dismiss. Seeking comparable time to respond, plaintiffs request 90 days to oppose.

Plaintiff conferred with Defendant. Defendant did not respond to or comment upon Plaintiff's request for 90 days to oppose.

Accordingly. Plaintiff requests the following motion dates:

| | |
|---|---|
| 09/29/2025 | Defendants file motion to dismiss |
| 12/29/2025 | Plaintiffs oppose |
| 01/05/2026 | Defendant may file reply |
| Hearing | If and when Court deems necessary. |

> Respectfully submitted,
> */s/ Anton J. Mikofsky*
> ANTON J. MIKOFSKY, *Counsel for Plaintiff*

cc: Jaimini A. Vyas, Esq., Assistant Corporation Counsel (via ECF)