

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Jaimini A. Vyas**
*Assistant Corporation Counsel*
212-356-2079
jvyas@law.nyc.gov

October 29, 2025

**BY ECF**

Judge Nina R. Morrison
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 6E North
Brooklyn, New York

    Re: *Toth v. N.Y.C. Dep't of Educ.*, 25-cv-3317-NRM-TAM

Dear Judge Morrison:

  This office represents Defendant New York City Department of Education ("DOE") in the above-referenced action, and I respectfully write this cover letter pursuant to Your Honor's Individual Rule 5.2.3.1. I represent movant DOE and, on this day, October 29, 2025, Defendant DOE is serving Plaintiff's Counsel with Defendant's Notice of Motion to Dismiss the Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) and (6) along with Defendant's supporting Memorandum of Law in support of its motion and a copy of this cover letter.

       Respectfully submitted,

       Jaimini A. Vyas
       *Assistant Corporation Counsel*

cc:  Plaintiffs' counsel (via ECF)