# EXHIBIT A

**Form A**

## NOTICE OF INTENTION TO SEEK REVIEW

### NOTICE:

The undersigned intends to seek review of the determination of the impartial hearing officer concerning the identification, evaluation, educational placement, or manifestation determination of

H████ T██████ T█████

The school district is required to prepare and submit a certified copy of the hearing record to the Office of State Review in accordance with section 279.9 of the regulations of the Commissioner of Education. If you wish to seek review of this determination as well, you must send to the party listed below a notice of intention to cross-appeal in accordance with Part 279 of the Regulations of the Commissioner of Education, within 30 days after the date of the decision of the impartial hearing officer. You may find this form on the website of the Office of State Review (**www.sro.nysed.gov**).

## Case Information Statement

ANTON MIKOFSKY, as attorney for FATMIRA AND JERRY TOTH, parents of student

4/24/2025
*Date*

*Name of the party filing this notice*
(1) Decision 12/18/2024 denying IEE
(2) Decision 04/03/2025 denying all relief to parents
*Date of Impartial Hearing Officer Decision*

IHO Carina Patritti, Case #  284080

*Impartial Hearing Officer Case Number*

(Parents appeal both a decision on preliminary relief, and a decision on final relief.)

**Issues for Review:** Please check the boxes that best apply to the issues you intend to ask a State Review Officer to address (check all that apply).

/ IDEA Eligibility         ☐ Child Find             ☐ CSE Meeting Process
☐ Required Notices         / Evaluative Information  ☐ Present Levels of Performance
☐ Annual Goals             / Educational Placement   ☐ Least Restrictive Environment
/ Related Services          ☐ Transition Services    / 12-Month (ESY) Services
/ Unilateral Placement   / Equitable Considerations   / Relief Requested
/ Independent Evaluation    ☐ Pendency (stay-put)    / IEP Implementation
/ Prior Written Notice
/ Other (Please Specify):   The IHO did not base the Decision on the evidence.
                            The IHO's Decision did not acknowledge, address or discuss parents'
                            key witness, developmental pediatrician, Dr. Karen M. Hopkins, M.D.

*/s/  Anton J. Mikofsky*                          ANTON JOSEPH MIKOFSKY
(*Signature*)                                     (*Your Printed Name*)

LAW OFFICE OF ANTON MIKOFSKY
236 West 26th Street, Ste. 303,                   New York, N.Y. 10001

_____                   _____
(*Your Street Address*)                            (*Your City and Zip Code*)

Tel.: 212 867 6735                                antonmikofsky@aol.com

_____                   _____
(*Your Telephone Number*)                          (*Your Fax Number or Email Address*)