# EXHIBIT A

Case 1:25-cv-03317-NRM-TAM Document 31-3 Filed 02/19/26 Page 1 of 3 PageID #: 583

# LAW OFFICE OF J. G. TOTH

TELEPHONE (917) 576 9318                                43-32 KISSENA BLVD. 15B
tothjerry1@gmail.com                                    FLUSHING, N.Y. 11355

June 18, 2024

By email to:

The New York City Department of Education
52 Chambers Street, New York, NY 10007
10daynoticecse3@schools.nyc.gov              IHOQuest@schools.nyc.gov.
ServiceECF@law.nyc.go                         DOESubpoenas@schools.nyc.gov

Dear DOE Administrators:

### Parents' 10-day notice of school placement.

PLEASE TAKE NOTICE that the parents of H▓▓T▓▓▓▓T▓, NYC ID 224465203 for the 2024-2025 academic year place Terence in his current school: Gersh Academy, 307 Eagle Rd. West Hempstead, N.Y. 11552.

### RELEVANT BACKGROUND

1. For three years the student attended a District 75 school, PS 993 in Queens. The classroom teacher lacked specialized training necessary to teach an autistic student. No BCBA advised her. The school's principal informed parents that the student stared at the ceiling, did not hear his teacher, and learned nothing. Classroom teacher and principal agreed student needed specialized private school.

2. For three years T▓▓▓ attended AMAC, a Manhattan School for students with autism. AMAC filed in bankruptcy. On 06/26/2019, AMAC closed.

3. T▓▓▓ missed school for nearly three months.

4. Parents accepted a school the District recommended, AHRC. The bus to AHRC required 4-6 hours of busing back and forth. Medical doctors found the busing excessive. Exhibit "A", Health Evaluation by Dr. Man Yee L. Ton, M.D.

5. From March 1 to June 30, 2020, during the pandemic AHRC provided only one hour per week of instruction.

6. In IHO case #173630, Impartial Hearing Officer Brad Rosken placed T▓▓▓ in Gersh Academy. On appeal the State Review Office affirmed.

7. IHO Brad Roskin on 4/20/2020 granted the parents request for T▓▓▓ to attend Gersh Academy. On 7/29/2020 the SRO affirmed. In July 2020 T▓▓▓ began attending Gersh Academy

1

## RELEVANT FACTS

**Four consecutive IHO's have approved Gersh Academy for T▮▮▮▮▮.**

1. In IHO case # 211081, IHO Jean Marie Brescia, Esq. ordered Gersh Academy.

2. In IHO case # 230169 IHO Lorianne Wolseley again placed Terence at Gersh.

3. In IHO case #248309 IHO Edward Perkins, Esq., ordered DOE to pay Terence's tuition at Gersh Academy.

## DISCUSSION

The unique facts of this particular case show instability. T▮▮▮▮▮ attended an inappropriate school PS 993. T▮▮▮▮▮'s next school AMAC filed in bankruptcy, closed. T▮▮▮▮▮ suffered from 6/26/2019 to 9/19/2019 without a school. To attend a replacement school AHRC T▮▮▮▮▮ suffered excessive busing.

A student has a right to a stable learning environment. *Murphy v. Arlington Cent. Sch. Dist. Bd. of Educ.* 297 F.3d 195, 199–200 (2d Cir. 2002). "[I]nterruption of a child's schooling causing a hiatus not only in the student's education but also in other social and psychological developmental processes that take place during the child's schooling, raises a strong possibility of irreparable injury". *Ross v. Disare,* 500 F.Supp. 928. 934 (S.D.N.Y.1977).

An expert, Dr. Karen M. Hopkins, M.D., full professor at NYU Langone Medical School, recommended Gersh Academy. (Hopkins Affidavit annexed.) T▮▮▮▮▮'s individual diagnosis requires a private school specialized to teach students with autism.

## ARGUMENT

The student's right of pendency mandates that he remain in his current placement. "§ 1415(e)(3) states plainly that during the pendency of any proceedings initiated under the Act, unless the state or local educational agency and the parents or guardian of a disabled child otherwise agree, the child shall remain in the then current educational placement." Honig v. Doe, 484 U.S. 305, 323 (1988).

## CONCLUSION

For the foregoing reasons, the parents place the student in his current school, Gersh Academy.

*Jerry Toth*
Jerry Toth, *Attorney for T▮▮▮▮▮ Toth*