# LAW OFFICE OF ANTON J. MIKOFSKY

236 West 26th St., Ste. 303,
New York NY 10001
antonmikofsky@aol.com
Tel: 212 867 6735

February 20, 2026

BY ECF

Judge Nina Morrison
United States District Court
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East, Brooklyn, New York 11201

### Re: Toth, et al. v. New York City Dep't of Educ.,

### 25-cv-3317 (NRM) (TAM)

Your Honor:

On January 28, 2026, Plaintiffs submitted to Ms. Vyas – by email -- their Opposition to Defendant's Motion to Dismiss (ECF No. 28), including:
Letter to the Court,
Memorandum in Opposition,
Affirmation of Dr. Karen M. Hopkins, M.D.,
Toth Declaration of January 28, 2026, and eleven supporting exhibits.

I have examined the Civil Docket for this case and do not find our Opposition documents listed above. [I find Defendant's REPLY docketed at both Doc. #30 and Doc. #31.] To the extent that Plaintiff's materials have not been provided to the Court, and to comply with the bundling rule, Plaintiffs attach them herewith:

Plaintiffs' Letter to the Court dated 01/28/2026.

Plaintiffs' Memorandum in Opposition dated 01/28/2026.

Affirmation of Dr. Karen M. Hopkins, M.D.

Toth Declaration dated 01/28/ 2026.

Exhibit A:   SRO Decision 20-089.

Exhibit B:   "School Location Letter" dated 06/26/2024.

Exhibit C:   Request to Docket Complaint (05/27/2025).

1

Exhibit D:  Three follow-up requests to Docket Complaint.

Exhibit E:  Transcript of IHO's rejection of jurisdiction over pendency.

Exhibit F:  Pendency Implementation Form.

Exhibit G:  Due Process Complaint #206350.

Exhibit H:  Decision and Order in 21-cv-0424 (AMD)(JAM).

Exhibit I:  Stipulation of Settlement dated 06/20/2025.

Exhibit J:  2024-2025 Gersh Academy Tuition Affidavit.

Exhibit K:  K. Lieberman Declaration.

Plaintiffs stand ready to provide information about a relevant recent administrative proceeding (SRO Appeal No. 26-190; IHO Case No. 295741), or to participate in a conference if deemed necessary.

Please excuse a "typo" in Plaintiff's Memorandum where the date appears as "2025" but of course it should read "2026."

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Anton J. Mikofsky*

Anton J. Mikofsky
*Counsel for Plaintiffs*

cc: Jaimini A. Vyas, Assistant Corporation Counsel (via ECF)

2