Printed on: 6/26/2024

---

### SCHOOL LOCATION LETTER

---

**Date:** 06/26/2024

Dear Parent or Guardian of Henry Terence Toth

**Date of Birth:** 10/02/2007          **Local ID:** 224465203

The services recommended on the Individualized Education Program developed at the IEP meeting held on 03/14/2023 will be provided at:

| | |
|---|---|
| School: | Q752 at 29Q248:Queens Preparatory Academy |
| Address: | 143-10 SPRINGFIELD BOULEVARD QUEENS, NY 11413 |
| Telephone Number: | 718-558-2060 |

Please let us know that your child will be attending this school by contacting:

Name: Jennifer Lozano at Phone: 718-281-3461.

Address: 90-27 SUTPHIN BLVD     QUEENS NY 11435

You may visit the recommended placement site. Please contact the person named above for assistance in arranging this visit.

This section of the page was left blank on purpose

Mail to:

**Jerry Geza Toth**
**43-32 Kissena Boulevard, 15B1**
**Flushing NY 11355**