

## Re: Student Henry Terence Toth, NYCID: 224465203

**Jerry Toth** <tothjerry1@gmail.com>  Fri, May 30, 2025 at 4:13 PM
To: Impartial Hearing Office <IHOQUEST@schools.nyc.gov>

Dear Impartial Hearing Office:

A docket number does not appear to have been sent for case filed 5/27/2025. May I please hear from you?

Best, Jerry Toth, *Attorney for Terence Toth*

On Tue, May 27, 2025 at 11:41 PM Jerry Toth <tothjerry1@gmail.com> wrote:
> Dear Impartial Hearing Office:
>
> Please find attached parents complaint seeking a pendency order following parents filing of an appeal with the SRO.
>
> May you please assign a docket number and a hearing officer?
>
> Your valuable assistance is highly appreciated."
>
> Thank you,
>
> Jerry Toth, Attorney for Parents
>
> --
> Law Office of J. G. Toth
> 43-32 Kissena Blvd. 15B
> Flushing, N.Y. 11355
> telephone (917) 576 9318

--
Law Office of J. G. Toth
43-32 Kissena Blvd. 15B
Flushing, N.Y. 11355
telephone (917) 576 9318



## Complaint requesting pendency following 5/13/2025 Request for Review

**Jerry Toth** <tothjerry1@gmail.com>  Fri, Jun 6, 2025 at 12:47 AM
To: Impartial Hearing Office <IHOQUEST@schools.nyc.gov>

Dear Impartial Hearing Office:

The Hearing office does not appear to have responded to my submission of 5/27/2025, requesting a docket number and assignment of an IHO.

May I please hear from you today by 10:00 AM?

Thank you.

Best,  Jerry Toth

[Quoted text hidden]



# Complaint requesting pendency following 5/13/2025 Request for Review

**Jerry Toth** <tothjerry1@gmail.com>  Fri, Jun 6, 2025 at 3:15 PM
To: Impartial Hearing Office <IHOQUEST@schools.nyc.gov>

May you please give me a call to discuss?

[Quoted text hidden]