4/2/2024.  That order is undisputed.  It's a final order. But the DOE unilaterally changed the student's placement for nine weeks.

IHO DAS:  Okay, so that's, that's in -- so you're saying that even though the implementation -- wait, but wha- what date did they do that?  Because I see that implementation was provided as of July 15th is when this -- I see that was submitted.

MR. TOTH:  Yes.  That's correct.

IHO DAS:  Okay, so it happened before that date?

MR. TOTH:  Yes.

IHO DAS:  Okay, but is it your understanding -- is the student currently receiving the services they're supposed to get as listed under this pendency agreement?

MR. TOTH:  Well, I, I, I don't -- I can't -- I, I believe he -- I, I have no reason to believe he's not.  But on the other hand, I haven't confirmed it, in fact.  But I think probably during the pendency of the present case, the DOE is going to pay for the services.

IHO DAS:  Okay.

MR. TOTH:  But during the pendency of the prior case, the DOE did not pay for the services for nine weeks.

IHO DAS:  Okay, but we are only dealing with this case now.  So if there's a failure for -- to implement pendency properly as opposed to an old case, then you have to

pursue that through outside court, through state or federal court. Because right now, I'm, I'm concerned about the current pendency implementation. So it sounds like pendency was provide, pendency was given as of July 15, and it's retroacted to the date of filing, as it should be June, which I have as June 30th. So if that, if that is not happening again, that's the same issue where you have to go to state or federal court for pendency implementation.

MR. TOTH: Okay, I don't believe we have ended issue after 6/30/2025.

IHO DAS: Okay. Alright. Well, that's -- I'm concerned about this case for this pendency implementation.

MR. TOTH: Yes. Right.

IHO DAS: Okay. So that's what I was trying to understand. Okay, great. So that's the first thing. The second thing is that, you know, I see that you have, you're requesting IEEs in this case?

MR. TOTH: Yes.

IHO DAS: Okay. So I want to give the DOE an opportunity to, I mean to submit whatever their position is on IEEs. And the same thing for you, Mr. Toth. I'm going to give you an opportunity to submit your position on IEE so we -- I do that on the documents. So we're not going to have a full hearing. I can create a deadline in which the parties are supposed to submit their documentation. So let's talk