Jenelle Blackman, Case Coordinator - IHO #206350

**LAW OFFICE OF J. G. TOTH**

Telephone (917) 576 9318                    43-32 Kissena Blvd. 15B

Email: tothjerry1@gmail.com              Flushing, N.Y. 11355

                                                            Jan. 27, 2020

Impartial Hearing Office
131 Livingston St., Room 201
Brooklyn, N.Y. 11201

### NOTICE OF DUE PROCESS COMPLAINT
### For the period from March 1, 2020 – June 30, 2020

Student's name:            Henry Terence Toth ("Terence") NYC ID: 224465203 DOE

Student's address:         43-32 Kissena Blvd. 15B, Flushing, N.Y. 11355

Student's date of birth:   October 2, 2007

Student attends:           Private school.

Name of school:            Gersh Academy, 307 Eagle Rd. West Hempstead, N.Y.
                           Telephone: 630 385 3342 x 40 Att. Yvonne Waskiewicz

Date of current IEP:       June 30, 2020 IEP developed by: CSE9 for CSE7.

Contact Information for
Parent or Guardian:        Fatmira Toth Address: 43-32 Kissena Blvd. 15B Flushing,
                           N.Y. 11355 Email address: mira.toth@gmail.com Parent
                           (requests notification of scheduled hearings by email).
                           Telephone: (917) 502 5308 (cell)

Primary language in home: English

**SUMMARY**

A February 9, 2018 Stipulation by the Department of Education and an August 28, 2018 Pendency Order of the Eastern District of New York required the Department to provide, for the 2019-2020 academic year a private school and 20 hours per week of home based 1:1 instruction. *Order, J.T. for T.T. v. New York City Department of Education,* 18-CV-04180 (EDNY, 2018).

From March 1, 2020 to June 30, 2020, Terence did not receive 762 hours of instruction the Eastern District's Order required the Department to provide.

By this complaint, the parents request an order of compensatory education to replace services Terence missed before he began attending Gersh Academy.

1

Jenelle Blackman, Case Coordinator - IHO #206350

## PROCEDURAL BACKGROUND

On the basis of substantial evidence, produced at a March 11, 2020 hearing, including the testimony of six witnesses, IHO Brad Rosken ruled appropriate Gersh Academy, an unapproved private school. The State Review Office affirmed. The SRO also approved the parents' request for a continuation of 20 hours of 1:1 instruction for the 2020-2021 academic year.

For the academic years 2017-2018, 2018-2019 and 2018-2019 the IHO found a "gross violation." The IHO determined that the DOE had failed to offer the student a FAPE for three consecutive school years. These determinations the DOE did not cross-appeal became final and binding. (34 CFR 300.514[a]; 200.5[j][5][v]; *see M.Z. v. New York City Dep't* of *Educ.,* 2013 WL 1314992, at 6-7, 10 [S.D.N.Y. Mar. 21, 2013]).

The present complaint does not concern the 2020-2021 academic year. The present complaint concerns 2019-2020. This complaint concerns the four months after the IHO held his March 11, 2020 hearing, and before July 1, 2020, when Terence began studying at Gersh Academy.

The March 11, 2020 hearing by IHO Brad Rosken did not address or cover the period from March 1, 2020 to June 30, 2020.

### THE PROBLEM

During the pandemic, Terence's school, the AHRC Middle School in Brooklyn, closed down entirely from March 1, 2020 to March 31, 2020. In March, 2020, Terence missed 6 hours of instruction per day for 22 days, a total of 132 hours.

On March 31, Terence's classroom teacher Lilian Gonzalez emailed,

> "We would like to schedule a Zoom conference meeting next week
> Just to say hi to Terence. Please let me know if that's o.k…. It will
> Take only a few minutes as we would like to greet and see him."

Subsequently AHRC provided only one hour of video instruction daily. In place of six hours of daily teaching, AHRC, in April, May, June and July offered only one hour per day of teletherapy plus related services. Terence five hours of teaching per day from April 1, 2020 to July 31, 2020. He missed the following hours of classroom instruction.

| | |
|---|---|
| March 2020 | 132 hours |
| April 2020 | 132 hours |
| May 2020 | 105 hours |
| June 2020 | 132 hours |
| | |
| TOTAL: | 501 hours missed from March 1 to June 30, 2020. |

2

Jenelle Blackman, Case Coordinator - IHO #206350

Terence's home based 1:1 teachers were also unable to visiting him. Initially during the pandemic, teachers were not accustomed to teach remotely. From March 16, 2020 to July 31, 2020, Terence missed 261 hours of home based 1:1 instruction.

## A. Terence needs 1:1 instruction.

Terence suffers a severe disability. He is extremely distractible. He cannot learn in a class setting. Julie Russell, Education Director of Brooklyn Autism Center evaluated Terence as follows:

> ".. .in a classroom of five other students he's probably going
> to be very distractible. I think it's going to be very hard for
> him to follow classroom routines, any direction given by a
> teacher to the whole classroom. 1 think it's going to be hard
> for him to attend. I think any maladaptive behaviors that
> might appear, it could be hard to manage those behaviors
> with five other students present in the room."

To make Terence focus on learning requires 100% of a teacher's skills, focus and concentration. In six or eight-child classrooms, Terence cannot learn and progress. Inevitably for Terence, in a classroom setting, no learning occurs. By contrast, with 1:1 instruction he learns and progresses well. He does not require special education learning materials. He can study a regular education curriculum.

## B. In speech, Terence's individual needs differs from those of most students.

At 13 years old, Terence cannot speak normally. His need to learn to speak is critical for him to live a normal life and to find employment.

Psychologist Dr. Andrew Daren prescribed for Terence at least two hours per day of speech therapy. Tr. 03/11/2020. Dr. Andrew Daren found Terence "very delayed" in language. Persons like Terence, with Level #3 Autism, have the weakest language skills. They require "the most intensive intervention." 03/11/2020 Tr. p. 272-273. Terence needs intensive speech therapy. 03/11/2020 Tr. p. 269- 270.

Generally, "approved" private schools do not provide daily speech therapy. Terence attends Gersh Academy, an "unapproved" school. Gersh Academy provides 30 minutes per day of speech therapy. Terence needs considerably more speech therapy than most students need. Experts advise that Terence needs two hours of speech therapy per day. (Dr. Andrew Daren, Testimony 03/11/2020). Schools are unable to provide the amount of speech therapy Terence needs. To meet his need, the parents request speech therapy at home.

C. __In the circumstances of this case, compensatory education is appropriate.__

IHO Rosken found that the Department denied Terence a FAPE for three years. Three years was 25% of Terence's life. Terence cannot afford to miss another year of education. Dr. Andrew Daren identified speech as a key need in Terence's unique case.

"The adequacy of a given IEP turns on the unique circumstances of the child for whom it was created." *Endrew F. v. Douglas Co. School Dist. Re-1,* 137 S. Ct. 988, 992. (2017). "The 'free appropriate public education' mandated by federal law must include 'special education and related services' tailored to meet the unique needs of a particular child, . . . and be 'reasonably calculated to enable the child to receive educational benefits.'" *Walczak v. Florida Union Free Sch. Dist.,* 142 F.3d 119, 122 (2d Cir. 1998).

Overwhelming evidence shows Terence's need for 1:1 instruction. *CF ex Rel. RF v. New York City Dept. of Educ.,* 746 F. 3d 68 (2nd Cir. 2014). A student has a right to a stable learning environment. *Murphy v. Arlington Cent. Sch. Dist. Bd. of Educ.* 297 F.3d 195, 199–200 (2d Cir. 2002). "[I]nterruption of a child's schooling causing a hiatus not only in the student's education but also in other social and psychological developmental processes that take place during the child's schooling, raises a strong possibility of irreparable injury". *Ross v. Disare,* 500 F.Supp. 928. 934 (S.D.N.Y.1977).

."It may be a rare case when compensatory education is not appropriate." *Parents of Student W v. Puyallup School Dist.* 3, 31 F. 3d 1489, 1497 (9th Cir. 1994).

Compensatory education is an equitable remedy, part of the court's resources in crafting "appropriate relief." 20 U.S.C. § 1415(e)(2). Compensatory education depends on the circumstances of each case. *See P. ex rel. Mr. and Mrs. P. v. Newington Bd. of Educ.,* 546 F.3d 111, 123 (2d Cir. 2008) Appeal No. 08-060 [upholding additional services awards of speech language therapy]; Appeal No. 08-035 [awarding ten months of home instruction services as compensatory services].

## PROPOSED SOLUTION

The student's handicap is most severe in speech. To teach Terence to speak, Experts identify a need for intensive speech therapy. Therefore the parents request that most of any compensatory award comprise speech therapy.

The Department stipulated to provide and a pendency order mandates the services parents request. In this unique case, parents request 752 hours of 1:1 ABA therapy and 1:1 speech therapy, for parents to use as time permits, over the next five years.

Dated: January 27, 2021                         LAW OFFICE OF J. G. TOTH

/s/ *Jerry Geza Toth* *Attorney for Terence Toth*

JERRY TOTH

4

Jenelle Blackman, Case Coordinator - IHO #206350

**Hassan Pour Ezzati Moham**

| | |
|---|---|
| **From:** | Jerry Toth <tothjerry1@gmail.com> |
| **Sent:** | Wednesday, January 27, 2021 2:29 PM |
| **To:** | Impartial Hearing Office; Reeves Stacey; Williams Cheryl |
| **Subject:** | Terence Toth - request for an impartial hearing |
| **Attachments:** | 2021 Jan. 27 Due Process Complaint.pdf |
| | |
| **Categories:** | Mo |

Dear Impartial Hearing Office:

Please find annexed the parents' due process complaint for the time period from March 1, 2020 to June 30, 2020. Terence is a student at Gersh Academy, 307 Eagle Rd. in West Hempstead.

May I please receive a confirmation and docket number?

Thank you.

Jerry Toth

--
Law Office of J. G. Toth
43-32 Kissena Blvd. 15B
Flushing, N.Y. 11355
telephone (917) 576 9318

Jenelle Blackman, Case Coordinator - IHO #206350

1