UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

JERRY GEZA TOTH,                                                        Case No. 25-cv-03317 (NRM)(TAM)
individually and on behalf of T.T.,

                                        Plaintiff,


                        - v -                          DECLARATION OF
                                                       KATE LIEBERMAN
NEW YORK CITY DEPARTMENT OF EDUCATION,                 PURSUANT TO 28 U.S.C. § 1746


                                        Defendant.
-------------------------------------------------------------------x

I, Kate Lieberman, declare under 28 U.S.C. § 1746 that the following is true and correct:

1. I am over the age of 18, competent to make this declaration. I am the Director of Non-Contract Services for New York Therapy Placement Services, Inc. ("New York Therapy"), located at 500 Bi-County Blvd, Suite 450, Farmingdale, NY 11735.

2. New York Therapy provides special education services, including Special Education Teacher Support Services ("SETSS"), to students in New York City pursuant to New York City Department of Education authorizations.

3. In my role as Director, I have personal knowledge of the services provided by NYTPS to students, including the student referenced in the above-captioned matter, Jerry Geza Toth, individually and on behalf of T.T. v. New York City Department of Education, Case No. 25-cv-03317.

4. From July 1, 2024, to August 17, 2024, NYTPS provided SETSS to the student T.T. in accordance with the Decision in IHO Case # 248309.

5. These services were rendered but have not been paid by the DOE.

6. Attached hereto as Exhibit A is a true and correct copy of Invoice #0724-Toth-SETSS (Case #248309) in the amount of $8,187.50, covering services provided during the period July 1, 2024, to July 31, 2024.

7. Attached hereto as Exhibit B is a true and correct copy of Invoice #0824-Toth-SETSS in the amount of $6,062.50, covering services provided during the period August 1, 2024, to August 17, 2024.

8. The total unpaid amount for these SETSS invoices is $14,250.00 ($8,187.50 + $6,062.50).

9.  The foregoing statements are based on my personal knowledge and review of NYTPS business records maintained in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Farmingdale, New York
January 19, 2026

_____

Kate Lieberman
Director of Non-Contract Services
New York Therapy Placement Services, Inc.
500 Bi-County Blvd, Suite 450
Farmingdale, NY 11735